UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-4559

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

URBANA MENDEZ-VALDEZ,

Defendant - Appellant.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief
District Judge.  (CR-97-289)

Submitted:  April 27, 1999          Decided:  May 18, 1999

Before HAMILTON and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Daniel Smith Johnson, Winston-Salem, North Carolina, for Appellant.
Walter C. Holton, Jr., United States Attorney, Michael F. Joseph,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Urbana Mendez-Valdez appeals from a forty-two-month sentence imposed following her convictions for distribution of cocaine hydrochloride, 21 U.S.C.A. § 841(a) (West 1981), and conspiracy to possess with intent to distribute and to distribute cocaine hydrochloride, 21 U.S.C.A. § 846 (West Supp. 1998). Mendez-Valdez challenges the district court's relevant conduct determination of the amount of drugs attributable to her. Finding that the district court did not clearly err, we affirm Mendez-Valdez's convictions and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED